# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NATIONAL SURETY CORPORATION, et al.,<br><br>            Defendants. | Case No.  15-cv-05470-JSW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 15 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Elizabeth D. Laporte for consideration of whether the case is related to *McClane Cover v. Windsor Surry Company, et al.*, 14-cv-05262-EDL.

**IT IS SO ORDERED.**

Dated:  February 3, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc:  Magistrate Judge Laporte
       Magistrate Referral Clerk