UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SURETY CORPORATION, et al.,<br><br>Defendants. | Case No. 15-cv-05470-WHO<br><br>**ORDER VACATING ORDER RELATING CASE**<br><br>Re: Dkt. No. 18 |

Upon further consideration, I have determined that it would not serve the interests of judicial economy to relate this matter to Case No. 3:14cv5262-WHO. Therefore, I vacate my Order Relating Case dated February 5, 2016 (Dkt. 18). This matter should be returned to the Honorable Jeffrey S. White for all matters. The Clerk shall revise the judge assignment accordingly. The Case Management Conference set for March 1, 2016 is vacated and will be rescheduled before Judge White.

**IT IS SO ORDERED.**

Dated: February 9, 2016

WILLIAM H. ORRICK
United States District Judge