| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | Case No. 15-cv-05470-JSW |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |
| v. | |
| NATIONAL SURETY CORPORATION, et al., | Re: Dkt. No. 33 |
| Defendants. | |

Pursuant to Local Rule 72-1, and the parties' stipulation, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for settlement to be completed within ninety (90) days of the date of this Order.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge. If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact the Court's Courtroom Deputy at 510-637-3541.

**IT IS SO ORDERED.**

Dated: March 14, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk