UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL SURETY CORPORATION, an Illinois Corporation; FIREMAN'S FUND INSURANCE COMPANY, a California Corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 4:15-cv-05470-JSW<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION ~~FOR OSC~~ RE DISMISSAL AS MODIFIED HEREIN<br><br>Trial Date: April 24, 2017 |

**ORDER**

The Joint Stipulation ~~for OSC~~ re Dismissal is GRANTED.  An ~~order to show cause~~ status hearing regarding dismissal of the matter is scheduled for  October 7, 2016 at 11:00 a.m.  , which ~~may be~~ will be taken off calendar should a dismissal be filed prior to the hearing date.

IT IS SO ORDERED.

Dated:    August 8, 2016

_____
UNITED STATES DISTRICT JUDGE